```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

AARON PORTIS,

      Plaintiff,

v.                                    CIVIL ACTION NO. 2:07-0260

ROBERT STONAKER,

      Defendant.

## O R D E R

The court having received the proposed findings and recommendation of United States Magistrate Judge Mary E. Stanley, entered on December 3, 2007; and the Magistrate Judge having recommended that the court dismiss this matter without prejudice for failure to prosecute in view of plaintiff's failure to comply with orders entered on July 5, 2007 (re-sent to correct address on July 13, 2007) and October 11, 2007, the latter of which admonished that failure to comply could result in recommendation that the action be dismissed; and no objection having been filed to the proposed findings and recommendation, it is ORDERED that:

      1.  The proposed findings and recommendation of the Magistrate Judge be, and the same hereby are, adopted by the court; and

      2.    This case be, and it hereby is, dismissed without prejudice and stricken from the court's docket.

      The Clerk is directed to forward copies of this order to all counsel of record and the United States Magistrate Judge.

      DATED: December 21, 2007

      John T. Copenhaver, Jr.
United States District Judge